United States District Court
Southern District of Texas
**ENTERED**
August 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACEY CLINE, | § | |
| PLAINTIFF, | § | |
| | § | Civil Action No. 4:21-cv-02482 |
| vs. | § | |
| | § | JURY TRIAL DEMANDED |
| SHELL PIPELINE COMPANY LP AND | § | |
| SHELL MIDSTREAM PARTNERS, L.P. | § | |
| DEFENDANTS. | § | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Tracey Cline and Defendants Shell Pipeline Company LP and Shell Midstream Partners, L.P. jointly file this Motion to Modify Scheduling Order, respectfully stating as follows:

1.      This is an employment discrimination lawsuit. Plaintiff filed this lawsuit on August 2, 2021.

2.      The current scheduling order sets the following upcoming deadlines:

- Discovery: August 5, 2022
- Dispositive Motions: September 6, 2022
- Deadline for Joint Pretrial Order: December 9, 2022
- Docket Call: January 6, 2023

3.      The Parties have engaged in some written discovery but have been unable to complete discovery, including the depositions of Plaintiff and Defendants' witnesses, due to various scheduling conflicts and the ongoing production of records related to the case. This additional discovery, including witness depositions, is critical to the Parties' ability to assess the claims and defenses at issue, exhaust pretrial matters, including dispositive motions that may narrow the issues for trial, and evaluate the potential for a resolution.

4.      In light of the additional discovery that is needed, the Parties respectfully request that the Court grant this Joint Motion and modify the scheduling order as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiff's Expert Deadline | April 30, 2022 | September 30, 2022 |
| Defendant's Expert Deadline | May 30, 2022 | October 31, 2022 |
| Discovery | August 5, 2022 | January 13, 2023 |
| Motions Deadline | September 6, 2022 | February 10, 2023 |
| Joint Pretrial Order due from Defendants | December 9, 2022 | April 14, 2023 |
| Joint Pretrial Order must be filed by Plaintiff | December 23, 2022 | April 28, 2023 |
| Docket Call | January 6, 2023 | May 5, 2023 |
| Trial | January 9, 2023 | May 8, 2023 |

5.      A proposed scheduling order reflecting the above deadlines is attached.

6.      This is the first request for a continuance in this case. This continuance is not sought for purposes of delay but so that justice may be done.

Respectfully submitted,

DOW GOLUB REMELS & GILBREATH, PLLC

*s/ Andrew S. Golub*
Andrew S. Golub
Attorney-in-Charge
S.D. Tex. No. 13812
Texas Bar No. 08114950
asgolub@dowgolub.com
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
Telephone: (713) 526-3700
Facsimile: (713) 526-3750

ATTORNEYS FOR PLAINTIFF

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Marlene C. Williams* (by permission*)*
Marlene C. Williams
Attorney-in-Charge
S.D. Tex. No. 22824
Texas Bar No. 24001872
marlene.williams@ogletree.com
500 Dallas Street, Suite 3000
Houston, Texas 77002
Telephone: (713) 655-0855
Facsimile: (713) 655-0020

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that on August 5, 2022, I served a copy of the foregoing instrument on all counsel of record using the Court's ECF system.

*s/ Andrew S. Golub*
Andrew S. Golub

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACEY CLINE, | § | |
| PLAINTIFF, | § | |
| | § | Civil Action No. 4:21-cv-02482 |
| vs. | § | |
| | § | JURY TRIAL DEMANDED |
| SHELL PIPELINE COMPANY LP AND | § | |
| SHELL MIDSTREAM PARTNERS, L.P. | § | |
| DEFENDANTS. | § | |

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

Before the Court is the Parties' Joint Motion to Modify Scheduling Order. After considering said Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that the deadlines are reset as follows and reflected in the Amended Scheduling Order signed by the Court:

| Event | New Deadline |
|---|---|
| Plaintiff's Expert Deadline | September 30, 2022 |
| Defendant's Expert Deadline | October 31, 2022 |
| Discovery | January 13, 2023 |
| Motions Deadline | February 10, 2023 |
| Joint Pretrial Order due from Defendants | April 14, 2023 |
| Joint Pretrial Order must be filed by Plaintiff | April 28, 2023 |
| Docket Call | May 5, 2023   at 1:30 p.m. |
| Trial | May 8, 2023   at 9:00 a.m. |

Signed on this 9th day of __August__, 2022.



Alfred H. Bennett
United States District Judge


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACEY CLINE,<br>        PLAINTIFF,<br><br>vs.<br><br>SHELL PIPELINE COMPANY LP AND<br>SHELL MIDSTREAM PARTNERS, L.P.<br>        DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-cv-02482<br><br>JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER

|  |  |
|---|---|
| September 30, 2022 | Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| October 31, 2022 | Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| January 13, 2023 | DISCOVERY<br>Counsel may, by agreement, continue discovery beyond the deadline.  No continuance will be granted because of information acquired in post-deadline discovery. |
| February 10, 2023 | MOTIONS DEADLINE<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date).  The motion deadline may not be changed by agreement. |

| April 14, 2023 | JOINT PRETRIAL ORDER<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| April 28, 2023 | JOINT  PRETRIAL ORDER<br>THE PLAINTIFF is responsible for filing the pretrial order on this date.  All Motions in Limine must also be filed by this date. |
| May 5, 2023 | DOCKET CALL is set at 1:30 p.m. in Courtroom C |
| May 8, 2023 | TRIAL is sent to begin at 9 a.m. in Courtroom 8C.  Case is subject to being called to trial on short notice during the two week period beginning on this date. |

SIGNED on _____, 2022.


_____
Alfred H. Bennett
United States District Judge